# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
### EASTERN DIVISION

| | |
|---|---|
| SHAWANDA WHITLOW, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:08-CV-00159-SRW |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## DEFENDANT'S MOTION FOR EXTENSION

COMES NOW the Commissioner of Social Security, by Leura G. Canary, United States Attorney for the Middle District of Alabama, and respectfully requests an extension of time within which to file his Brief:

1. In support of this Motion, the Commissioner advises the Court that the Office of the General Counsel for the Social Security Administration in Kansas City, which is responsible for preparing the briefs in these matters, has been diligently attempting to keep up with their various Social Security obligations. These obligations include preparing District Court briefs for eleven judicial districts and appellate briefs for ten districts in five circuits as well as handling discrimination complaints by employees and Social Security applicants, personnel actions for the Merit Systems Protection Board, bankruptcy matters, state and federal court subpoenas, federal tort claims act cases, disability class actions and various formal and informal legal advice. The attorneys at the Social Security Administration, Office of General Counsel in Kansas City are diligently attempting to cope with the workload that they face.

2. Defendant's Brief is due to the Court on August 18, 2008.

**MOTION GRANTED**

THIS _20th_ DAY OF _20th_, _2008_

_____
UNITED STATES MAGISTRATE JUDGE

3. No previous motions for an extension of time to file Defendant's brief have been filed.

4. There are no other court imposed deadlines.

5. An extension of time will not pose a hardship on the parties.

6. Plaintiff has been contacted and does not object to Defendant's request.

WHEREFORE, Defendant respectfully prays that the Court grant an extension of time to and including Wednesday, September 17, 2008, to file his Brief.

                    LEURA G. CANARY
                    United States Attorney

            By: s/R. Randolph Neeley
                R. RANDOLPH NEELEY
                Assistant United States Attorney
                Bar Number: 9083-E56R
                Post Office Box 197
                Montgomery, AL  36101-0197
                Telephone No.: (334) 223-7280
                Facsimile No.: (334) 223-7418
                **E-mail: rand.neeley@usdoj.gov**

Of Counsel for the Defendant:

Kristi A. Schmidt, Acting Chief Counsel
Social Security Administration, Region VII
Stacy A. Morgan, Assistant Regional Counsel
Richard Bolling Federal Building
601 East 12th Street, Suite 535
Kansas City, Missouri 64106

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Plaintiff's attorney, R. Michael Booker, Esquire.

                                                s/R. Randolph Neeley
                                                Assistant United States Attorney